UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COOPER/T. SMITH MOORING, CO., INC., CRESCENT TOWING & SALVAGE CO. INC., AND SAVANNAH DOCKING PILOTS ASSOCIATION, INC.<br><br>VERSUS<br><br>BOUCHARD TRANSPORTATION CO., INC., B. NO. 205 CORP., B. NO. 230 CORP., B. NO. 240 CORP., B. NO. 265 CORP., B. NO. 270 CORP., B. NO. 272 CORP., AND B. NO. 295. CORP. | CIVIL ACTION NO.<br><br>DIVISION:　\|SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

## **VERIFIED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Cooper/T. Smith Mooring Co., Inc., Crescent Towing & Salvage Co., Inc., and Savannah Docking Pilots Association, Inc., who, in a cause of breach of maritime contract for providing necessaries and services to vessels under Rule 9(h) of the federal rules of civil procedure, with respect represents:

1.

Plaintiff, Cooper/T. Smith Mooring, Co., Inc. (hereinafter "CTS") is a corporation organized and existing under the laws of the State of Louisiana.

2.

Plaintiff, Crescent Towing & Salvage Co. Inc. (hereinafter "Crescent") is a corporation organized and existing under the laws of the State of Louisiana.

3.

Plaintiff, Savannah Docking Pilots Association, Inc. (hereinafter "Savannah" is a corporation organized under the laws of Georgia.

4.

Defendant, Bouchard Transportation Co. Inc. (hereinafter "Bouchard Transportation") is a corporation organized and existing under the laws of the state of New York with its principal place of business in Melville, New York, which contracted to obtain services in the state of Louisiana and is subject to suit in Louisiana under the Louisiana long arm statute.

5.

Defendant, B. No. 205 Corp., (hereinafter "205 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

6.

Defendant, B. No. 230 Corp., (hereinafter "230 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

7.

Defendant, B. No. 240 Corp., (hereinafter "240 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

8.

Defendant, B. No. 265 Corp., (hereinafter "265 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

9.

Defendant, B. No. 270 Corp., (hereinafter "270 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

10.

Defendant, B. No. 272 Corp., (hereinafter "272 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

11.

Defendant, B. No. 295. Corp. (hereinafter "295 Corp.") is a corporation organized under the laws of the State of Louisiana doing business in the Eastern District of Louisiana.

12.

Barge Bouchard 205 is owned by 205 Corp. and operated by Bouchard Transportation.

13.

Barge Bouchard 230 is owned by 230 Corp. and operated by Bouchard Transportation.

14.

Barge Bouchard 240 is owned by 240 Corp. and operated by Bouchard Transportation.

15.

Barge Bouchard 265 is owned by 265 Corp. and operated by Bouchard Transportation.

16.

Barge Bouchard 270 is owned by 270 Corp. and operated by Bouchard Transportation.

17.

Barge Bouchard 272 is owned by 272 Corp. and operated by Bouchard Transportation.

18.

Barge Bouchard 280 is owned by 280 Corp. and operated by Bouchard Transportation.

19.

Barge Bouchard 282 is owned by 282 Corp. and operated by Bouchard Transportation.

20.

Barge Bouchard 295 is owned by 295 Corp. and operated by Bouchard Transportation.

21.

M/V LINDA LEE BOUCHARD is a tug operated by Bouchard Transportation.

22.

CTS provided line handling services in the amount of $14,115 to Barge Bouchard 205 pursuant to maritime contract with Bouchard Transportation and 205 Corp. which has not been paid.

23.

CTS provided line handling services in the amount of $8,570 to Barge Bouchard 230 pursuant to maritime contract with Bouchard Transportation and 230 Corp. which has not been paid.

24.

CTS provided line handling services in the amount of $3,945 to Barge Bouchard 240 pursuant to maritime contract with Bouchard Transportation and 240 Corp. which has not been paid.

25.

CTS provided line handling services in the amount of $2,300.40 to Barge Bouchard 265 pursuant to maritime contract with Bouchard Transportation and 265 Corp.  which has not been paid.

26.

CTS provided line handling services in the amount of $3,948.75 to Barge Bouchard 270 pursuant to maritime contract with Bouchard Transportation and 270 Corp. which has not been paid.

27.

CTS provided line handling services in the amount of $20,443.65 to Barge Bouchard 272 pursuant to maritime contract with Bouchard Transportation and 272 Corp. which has not been paid.

28.

Crescent provided tug and towing services in the amount of $19,233.84 to Barge Bouchard 272 pursuant to maritime contract with Bouchard Transportation and 272 Corp. which has not been paid.

29.

Crescent provided tug and towing services in the amount of $669.05 to Barge Bouchard 280 pursuant to maritime contract with Bouchard Transportation and 280 Corp. which has not been paid.

30.

Crescent provided tug and towing services in the amount of $10,599.80 to Barge Bouchard 282 pursuant to maritime contract with Bouchard Transportation and 282 Corp. which has not been paid.

31.

CTS provided line handling services in the amount of $26,095.00 to Barge Bouchard 295 pursuant to maritime contract with Bouchard Transportation and 295 Corp. which has not been paid.

32.

Crescent provided tug and towing services in the amount of $15,797.00 to M/V LINDA LEE BOUCHARD pursuant to maritime contract with Bouchard Transportation which has not been paid.

33.

Savannah provided pilot services to M/V LINDA LEE in the amount of $705.00 which has not been paid.

34.

All of the foregoing are necessaries provided to U.S. Coast Guard documented vessels under the Federal Maritime Lien Act.

35.

The forgoing amounts were all invoiced to Bouchard Transportation and more than 30 days have passed since the day of the invoices for the services due upon receipt. The invoice provides that if such charges are not paid within 30 days of issuance of the invoice then in addition to the principal amount, Bouchard Transportation owes to CTS and Crescent interest at either 1.5 percent per month or the highest legal interest rate allowed by law.  Finally, the agreement further provides that if any invoices are placed in the hands of an attorney for collection, then attorney fees of 25% are also due CTS and Crescent.  Thus, defendants also owe interest and attorney fees on all amounts for maritime services provided to these vessels.

36.

The amounts sought are necessaries under the federal maritime lien act. Accordingly, CTS, Crescent, and Savannah pray for a declaratory judgment recognizing its liens and that such

amounts be paid in preference and priority over other creditors pursuant to the general maritime law.

As a result of the foregoing, there should be judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against Bouchard Transportation Co., Inc. in the amount of $79,417.80 plus interest and attorney fees as provided in the invoices; and judgment in favor of Crescent Towing and Salvage Co. and against Bouchard Transportation Co., Inc. in the amount of $46,299.69 plus interest and attorney fees as provided in the invoices; and judgment in favor of Savanna Docking Pilots Association, Inc. and against Bouchard Transportation Co., Inc. in the amount of $705.00 plus interest and attorney fees as provided in the invoices.

Additionally, there should be further judgment in favor of Cooper/T. Smith Stevedoring Co. Inc. and against B. No. 205 Corp. in the amount of $14,115.00 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 230 Corp. in the amount of $8,570.00 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 240 Corp. in the amount of $3,945.00 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 265 Corp. in the amount of $2,300.40 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 270 Corp. in the amount of $3,948.75 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 272 Corp. in the amount of $20,443.65 plus interest and attorney fees as provided in the invoices;

And judgment in favor of Cooper/T. Smith Stevedoring Co., Inc. and against B. No. 295 Corp. in the amount of $26,095.00 plus interest and attorney fees as provided in the invoices;

Additionally, there should be judgment in favor of Crescent Towing and Salvage Co., Inc. and against B. No. 272 Corp. in the amount of $19,233.84 plus interest and attorney fees as provided in the invoices.

WHEREFORE, Plaintiffs, Cooper/T. Smith Mooring Co., Inc., Crescent Towing & Salvage Co., Inc., and Savannah Docking Pilots Association, Inc., pray that this Court issue a summons, and that service be effected in accordance with the service instructions below and that Defendants be called in to appear and answer the Complaint and after due proceedings, that there be judgment in favor of Cooper/T. Smith Mooring Co., Inc., Crescent Towing & Salvage Co. Inc., and Savannah Docking Pilots Association, Inc. and against all defendants for all amounts due as specified herein.

Respectfully submitted,

SALLEY HITE MERCER & RESOR, LLC

/s/ *Kevin M. Frey*
DAVID M. FLOTTE (#1354)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
AUSTIN S. GLASCOE (#38236)
365 Canal Street, Suite 1710
New Orleans, LA 70130
Tel.: (504) 566-8800
Fax: (504) 566-8828
dflotte@shmrlaw.com
mmouledoux@shmrlaw.com
kfrey@shmrlaw.com
aglascoe@shmrlaw.com

*Counsel for Cooper/T. Smith Mooring Co., Inc., Crescent Towing & Salvage Co., Inc., and Savannah Docking Pilots Association, Inc.*

**PLEASE SERVE:**

1. **Bouchard Transportation Co., Inc.**
   under Louisiana Long Arm LSA R.S. 13:3204 through Rule 4, FRCP
   via certified mail upon:
   Morton S. Bouchard III, Chief Executive Officer
   58 South Service Road, Suite 150
   Melville, NY 11747

2. **B. No. 205 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508

3. **B. No. 230 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508

4. **B. No. 240 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508

5. **B. No. 265 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508

6. **B. No. 270 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508

7. **B. No. 295 Corp.**
   through its agent for service
   Northwest Registered Agent, LLC
   201 Rue Beauregard, Ste 202
   Lafayette, LA  70508